UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

T. TERELL BRYAN                                                              PLAINTIFF

v.                                                    CIVIL ACTION NO. 3:10CV-P719-H

SOUTH CAROLINA DEPARTMENT OF CORRECTIONS                DEFENDANTS

# ORDER

For the reasons set forth in the Memorandum Opinion entered this date, and the Court being otherwise sufficiently advised,

**IT IS ORDERED** that the instant action is **DISMISSED** pursuant to Fed. R. Civ. P. 12(h)(3) for lack of subject-matter jurisdiction.

There being no just reason for delay in its entry, this is a final Order.

This Court further **certifies** that an appeal would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Date:

cc: Plaintiff, *pro se*
4412.005